## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

DATE:   September 20, 2005

NOTICE TO ALL PARTIES

RE:     CRIMINAL CASE NO.  05-20328-B
        UNITED STATES OF AMERICA vs. LENORA BRUNSON

    __ RULE 20 (Consent to Transfer of Case for Plea and
       Sentence)

    XX_ RULE 40 DOCUMENTS

Documents, as to the above-named defendant, have been received from the USDC, Western District of North Carolina on September 19, 2005.  Please refer to document #4 in the case record for more information.

                                      Sincerely,

                                      THOMAS M. GOULD,
                                      Clerk of Court

                                  BY: *Earlene Grayer*
                                      Deputy Clerk

cc: Mag. Judge Casemgr.

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20328 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT