IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  Cr. No. 05-20328-B

LENORA BRUNSON

### ORDER SPECIFYING PERIOD OF
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant was unable to purchase a plane ticket to be able to appear for court on this date, and counsel in North Carolina had previously requested by telephone that the initial appearance in this district and possible arraignment be reset for Monday, October 17, 2005. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A) the court may grant the defendant a period of excludable delay to serve the ends of justice, if the defendant is unavailable or absent.

IT IS THEREFORE ORDERED that the time period of October 5, 2005 through October 17, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**INITIAL APPEARANCE IN THIS DISTRICT IS RESET TO MONDAY, October 17, 2005 at 2:00 p.m. BEFORE MAGISTRATE JUDGE ANDERSON.**

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: October 05, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20328 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT