IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 NOV -1  AM 11: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 05-20328

LENORA BRUNSON,

    Defendant.

ORDER ON MOTION TO CONTINUE REPORT DATE

Before this Honorable Court is Defendant's Motion to the Report Date of October 31, 2005. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request to continue the report date is granted and will be continued to November 28, 2005. Time under the Speedy Trial Act will be excluded.

Entered this the 31st day of October, 2005.

_____
United States District Court Judge
The Honorable J. Daniel Breen

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-2-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20328 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT